

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG■
KENNETH WILLARD▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 9, 2023

**Via CM/ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York

RE:   *Velazquez v. CoolStuffInc.com, LLC*
      Case No.: 1:22-cv-07564-RA

Dear Judge Abrams:

We represent the Plaintiff in the above-referenced matter. We write jointly with Defendant's counsel to respectfully request a fourteen (14) day extension of time for the parties to file any application to reopen this action. The new due date would be January 23, 2023. The requested extension will afford the parties an opportunity to finalize our settlement papers, a process that is well under way.

This is the second such request in this matter, as Your Honor granted an extension on December 6, 2022.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
January 10, 2023