UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

BRYAN VELAZQUEZ, on behalf of himself and
all others similarly situated,

                                  **Plaintiffs,**        Civil Action No. 1:22-cv-7564-RA

v.

**COOLSTUFFINC.COM, LLC,**

                                  **Defendant.**
_____

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Notice of Settlement and Stipulation of Dismissal with Prejudice, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby ORDERED AND ADJUDGED:

All claims that were or could have been raised in this action by Plaintiff are hereby DISMISSED WITH PREJUDICE. Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties' Confidential Addendum to the Agreement. The parties agree that the Court shall retain jurisdiction of this matter pursuant to the Consent Order that has been concurrently submitted to the Court.

DONE AND ORDERED in Chambers this  26  day of  January , 2023.

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to: Counsel of Record